Civil Action No.   **1:24-cv-05348**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Jennifer Behr, LLC**
was recieved by me on  **8/01/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Jeremy doe**, who is designated by law to accept service of process on behalf of **Jennifer Behr, LLC** at **37 Greenpoint Avenue Unit 12C, Brooklyn, NY 11222** on **08/05/2024 at 4:52 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  08/08/2024

*Server's signature*

**Javon Cummings**
*Printed name and title*

**157 heathcote rd
elmont, NY 11003**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jeremy doe who identified themselves as the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 25-35 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.**




Tracking #: **0139630635**