UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM <u>on behalf of herself and others similarly situated</u>,

                 Plaintiff,

-v-

JENNIFER BEHR, LLC,

                 Defendant.

CIVIL ACTION NO.: 24 Civ. 5348 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

This action was referred to the undersigned for General Pretrial Supervision. (ECF No. 5). Plaintiff filed the Complaint on July 16, 2024. (ECF No. 1). Defendant failed to timely respond. As a one-time courtesy, the Court <u>sua sponte</u> extends the responsive pleading deadline and directs Defendant to respond to the Complaint by **September 4, 2024**. Defendant is warned that continued failure to respond to the Complaint may result in rulings adverse to its interests.

Dated:    New York, New York
           August 27, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge