UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM <u>on behalf of herself and others
similarly situated</u>,

                        Plaintiff,

    -v-

JENNIFER BEHR, LLC,

                        Defendant.

CIVIL ACTION NO.: 24 Civ. 5348 (DEH) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 27, 2024, acting <u>sua sponte</u>, the Court extended Defendant Jennifer Behr, LLC's responsive pleading deadline to September 4, 2024.  (ECF No. 10).  Defendant has failed to respond to the Complaint (ECF No. 1).  Plaintiff is therefore ORDERED to request a Certificate of Default from the Clerk of Court by **Thursday, September 12, 2024**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Dale E. Ho, Federal Rule of Civil Procedure 55, and S.D.N.Y. Local Rule 55 no later than **Thursday, September 26, 2024**.

Dated:      New York, New York
             September 5, 2024

                    SO ORDERED.

                                     _____
                                     **SARAH L. CAVE**
                                     **United States Magistrate Judge**