UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM <u>on behalf of herself and others similarly situated</u>,

                      Plaintiff,

-v-

JENNIFER BEHR, LLC,

                      Defendant.

CIVIL ACTION NO.: 24 Civ. 5348 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On September 6, 2024, Defendant filed its Answer to the Complaint. (ECF No. 12). Accordingly, the deadlines set in the Court's September 5, 2024 Order (ECF No. 11) are **ADJOURNED**. The parties are reminded of their obligation to submit a proposed case management plan.

Dated:    New York, New York
           September 9, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge