UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM <u>on behalf of herself and others similarly situated</u>,

                            Plaintiff,

   -v-

JENNIFER BEHR, LLC,

                            Defendant.

CIVIL ACTION NO.: 24 Civ. 5348 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 12, 2024, the parties were directed to file a stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), for the attention of the Honorable Dale E. Ho on or before December 27, 2024. (ECF No. 21). The parties failed to do so or request an extension of time to comply.

As a one-time courtesy, the Court <u>sua sponte</u> extends the deadline for the parties to file their stipulation of dismissal up to and including **January 6, 2025**.

Dated:        New York, New York
               January 2, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**