UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM <u>on behalf of herself and others similarly situated</u>,

                Plaintiff,

-v-

JENNIFER BEHR, LLC,

                Defendant.

CIVIL ACTION NO.: 24 Civ. 5348 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 12, 2024, the parties were directed to file a stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), for the attention of the Honorable Dale E. Ho on or before December 27, 2024. (ECF No. 21). The parties ignored that Order, so the Court <u>sua sponte</u> extended the deadline to January 6, 2025. (ECF No. 22). The parties then requested a deadline extension up to and including January 17, 2025 (ECF No. 23), which the Court granted (ECF No. 24). The parties again ignored the deadline, failed to comply, and did not explain why they were unable to comply with the January 17, 2025 deadline.

The Court <u>sua sponte</u> extends the deadline for the parties to file their stipulation of dismissal up to and including **January 23, 2025**. The parties are warned that any further failure to adhere the Court's orders may result in sanctions.

Dated:      New York, New York
              January 21, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**