UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

JESSICA KARIM, on behalf of himself and
all others similarly situated,

                Plaintiff,

-against-

JENNIFER BEHR, LLC

           Defendants.
_____X

Civil Action No.

1:24-cv-5348

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Karim, and Defendant, Jennifer Behr LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 21, 2025

By: _Gabriel levy_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

David Stein, Esq.
   *Attorneys for Defendant*
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
T : 212-308-3444
Dstein@steinllp.com

SO ORDERED.  The Clerk of Court is respectfully directed to terminate the case.

Dale E. Ho
United States District Judge
Dated: January 23. 2025
New York, New York